510

■ In the Matter of Bernhardt D. Schmidt v. Hortense W. Gabel.— Motion to dismiss appeal granted, the order of the Supreme Court, New York County, entered on March 18, 1965 is reversed, and the proceeding is remitted to Special Term with a direction to dismiss the petition solely on the ground that the issues have become moot. (Matter of Adirondack League Club v. Board of Black Riv. Regulating Dist., 301 N. Y. 219.) Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

(Republished.)

■ The People of the State of New York, Respondent, v. Raymond Smith, Appellant.—Order entered on November 12, 1964 unanimously affirmed. No opinion. Concur— Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

(February 8, 1966)

■ Raul Machin, an Infant, by His Mother, Gloria Cuence, et al., Appellants, v. Corporation of Trinity Church, Respondent.— Order entered October 1, 1965, granting a protective order unanimously modified on the law, on the facts and in the exercise of discretion to the extent of striking the provision for that relief and as thus modified the order is affirmed, with $30 costs and disbursements to appellants. (See Mudge v. Hughes Constr. Co., 16 A D 2d 106.) Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ William R. Haughton, Respondent, v. News Syndicate Co., Inc., Appellant. Margaret Lloyds et al., Respondents, v. News Syndicate Co. Inc., Appellant.— Orders entered July 29, 1965 denying motions to require plaintiffs to consolidate their alleged two causes of action into one or striking the second such cause of action, unanimously affirmed, without costs or disbursements to any party. We hold that plaintiffs plead only one cause of action. We affirm, however, because there will be no prejudice to the defendant if it is so considered at the time of trial. Concur— Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ Tri-Pyramid Corporation et al., Appellants, v. Finmar Realty Corporation et al., Respondents.— Order entered June 30, 1965, denying plaintiffs' motion to vacate a preclusion order, unanimously reversed on the law, on the facts and in the exercise of discretion, and the motion granted, on condition that plaintiffs, within 15 days after the service of a copy of the order herein, pay to defendants the sum of $250 in addition to $30 costs and disbursements of this appeal. Apparently the default was occasioned by a misunderstanding and in the interest of justice the default should be opened. Concur— Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

(February 15, 1966)

■ George Mercado, as Administrator of the Estate of Carmen Mercado, Deceased, Appellant, v. City of New York, Respondent.—Appeal from order entered on May 20, 1965, dismissed as academic, without costs and without disbursements. No opinion. Concur— Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.